FILED: April 25, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1404
(2:15-cv-00363-RGD-RJK)
_____

VISTA-GRAPHICS, INC.; RANDAL W. THOMPSON

      Plaintiffs - Appellants

v.

VIRGINIA DEPARTMENT OF TRANSPORTATION; VIRGINIA TOURISM CORPORATION; AUBREY L. LAYNE, JR., in his official capacity as Secretary of Transportation; CHARLES A. KILPATRICK, P.E., in his official capacity as Commissioner of the Virginia Department of Transportation

      Defendants - Appellees

and

HIGHWAY INFORMATION MEDIA, LLC

      Defendant

_____

O R D E R

_____

The court denies the petition for rehearing.

Entered at the direction of the panel: Judge King, Judge Duncan and Judge Keenan.

For the Court

/s/ Patricia S. Connor, Clerk